

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-14-00103-CR

Melvin **MARTIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3537
Honorable Mary D. Roman, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on April 28, 2014. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first motion for extension of time to file the brief until May 28, 2014. On May 27, 2014, Appellant filed a second motion for extension of time to file the brief until June 27, 2014, for a total extension of sixty days.

Appellant's motion is GRANTED. Appellant must file the brief not later than June 27, 2014. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

If Appellant fails to file the brief as ordered, to protect Appellant's rights, we may abate this appeal and remand it to the trial court for an abandonment hearing. *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court